# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN MICHIGAN

MICHAEL LYNN,

    Plaintiff,

Case No. 1:19-cv-00039

v.

Hon. Paul L. Maloney

CITY OF LANSING,

    Defendant.

---

| Batey Law Firm, PLLC | Plunkett Cooney |
|---|---|
| SCOTT P. BATEY (P54711) | RHONDA STOWERS (P64083) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30200 Telegraph Road, Suite 400 | Plaza One Financial Center |
| Bingham Farms, MI 48025 | 111 E. Court Street, Suite 1B |
| (248) 540-6800-telephone | Flint, MI  48502 |
| (248) 540-6814-fax | (810) 342-7003-telephone |
| sbatey@bateylaw.com | (810) 232-3159-fax |
|  | rstowers@plunkettcooney.com |

## JOINT MOTION FOR LEAVE FROM THE CASE MANAGEMENT ORDER TO HAVE KATHY BOGAS ACT AS MEDIATOR

NOW COME the parties, Plaintiff, Michael Lynn and Defendant, City of Lansing by and through their attorneys Scott P. Batey and the Batey Law Firm, PLLC and Rhonda Stowers and Plunkett Cooney, P.C. and for their Joint Motion to Have Kathy Bogas Act as Mediator request that their Motion be granted for the reasons set forth in the attached Brief.

Approved as to form:

| | |
|---|---|
| /s/Scott P. Batey | /s/Rhonda Stowers |
| SCOTT P. BATEY (P54711) | RHONDA Stowers (P64083) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30200 Telegraph Road, Suite 400 | Plaza One Financial Center |
| Bingham Farms, MI 48025 | 111 E. Court Street, Suite 1B |
| (248) 540-6800-telephone | Flint, MI 48502 |
| (248) 540-6814-fax | (810) 342-7003-telephone |
| sbatey@bateylaw.com | (810) 232-3159-fax |
| | rstowers@plunkettconney.com |

Dated:  October 23, 2019

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN MICHIGAN**

MICHAEL LYNN,

    Plaintiff,

                              Case No. 1:19-cv-00039

v.

                              Hon. Paul L. Maloney

CITY OF LANSING,

    Defendant.

| | |
|---|---|
| Batey Law Firm, PLLC<br>SCOTT P. BATEY (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 540-6800-telephone<br>(248) 540-6814-fax<br>sbatey@bateylaw.com | Plunkett Cooney<br>RHONDA STOWERS (P64083)<br>Attorney for Defendant<br>Plaza One Financial Center<br>111 E. Court Street, Suite 1B<br>Flint, MI  48502<br>(810) 342-7003-telephone<br>(810) 232-3159-fax<br>rstowers@plunkettcooney.com |

**<u>BRIEF IN SUPPORT OF JOINT MOTION FOR LEAVE FROM THE CASE MANAGEMENT ORDER TO HAVE KATHY BOGAS ACT AS MEDIATOR</u>**

On or about April 18, 2019 this Honorable Court issued its Case Management Order which stated that the parties were to select a mediator "from the list of court certified mediators."  While the parties have a tremendous amount of respect for a number of mediators on the list of court certified mediators, they agree that Kathy Bogas of Bogus & Koncius, P.C. in Bingham Farms, Michigan

3

would be the best person to serve as a mediator in this matter.  Both parties have used Ms. Bogus in the past with great success and have the utmost of confidence in her abilities as a mediator.  In addition, the facts specific to this case require an expertise in employment law and in particular racial discrimination cases.  This case also requires a mediator with the ability to meet and confer with government officials as well the Plaintiff in a matter with great personal and emotional concerns and delicately advocate for a fair resolution of this matter.  The parties agree that Ms. Bogas posses such skills and would be the best mediator for this matter.

WHEREFORE, the parties respectfully respect leave from the Case Management Order pursuant to Fed.R.Civ.P 60(b)(6).


Approved as to form:

| | |
|---|---|
| /s/Scott P. Batey | /s/Rhonda Stowers |
| SCOTT P. BATEY (P54711) | RHONDA Stowers (P64083) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30200 Telegraph Road, Suite 400 | Plaza One Financial Center |
| Bingham Farms, MI 48025 | 111 E. Court Street, Suite 1B |
| (248) 540-6800-telephone | Flint, MI 48502 |
| (248) 540-6814-fax | (810) 342-7003-telephone |
| sbatey@bateylaw.com | (810) 232-3159-fax |
| | rstowers@plunkettconney.com |


Dated:  October 23, 2019

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 23, 2019, I electronically filed this Joint Motion for Leave from the Case Management Order to Have Kathy Bogas Act as Mediator with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys on record.

             /s/Roslyn Cockrell
             Roslyn Cockrell
             Paralegal to Attorney Scott P. Batey