UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Lynn v. City of Lansing

**Case Number:**  1:19-cv-39
**Date:**  October 7, 2022
**Time:**  9:04 a.m. – 9:25 a.m.
9:46 a.m. – 11:17 a.m.
11:33 a.m. – 12:15 p.m.
4:32 p.m. – 4:39 p.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

Plaintiff:  Scott Preston Batey

Defendant:  Rhonda Stowers and Amanda Kathryn O'Boyle

**PROCEEDINGS**

Nature of Hearing:  Jury Trial – day 5; closing arguments by both sides; jury instructions; jury deliberations; jury returns verdict in favor of plaintiff

**WITNESSES**

**EXHIBITS**

| Description | Admitted |
|---|---|
|  |  |
|  |  |

Court Reporter: Kathleen Thomas          Case Manager: Amy Redmond